# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Terry Mann<br>    Laura A. Mann f/k/a Laura A. Daniels<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 22-20377 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas (Atty ID: 317240)
Brian Nicholas
03 Nov 2022, 06:01:34, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com