UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **TERRY & LAURA MANN**  )<br>  )<br>Debtor,  )<br>  )<br>_____  )<br>Russell A. Burdelski, Esquire  )<br>Applicant  )<br>  )<br>  )<br>No Respondent  ) | Case No. 22-20377-CMB<br>Chapter 13<br>Filed Under Local Rule<br>9013.4 6(b)<br>RAB-1<br><br>Related to: Document No. 36<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, to wit, this __10th__ day of __November__, 20 __22__

the **APPLICATION OF RUSSELL A. BURDELSKI, ESQUIRE FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved in the amount of $1,026.00__, which represents $970.00 _ in attorney's fees & administrative fees and $56.00___ in costs for the time period of __2/15/22___ to _10/20/22____. Debtor's counsel has already been approved to be paid $4,000.00 to date (*i.e. $1,000.00 retainer and $4,000.00 through the plan*), and the balance of $1,026.00_ remains and shall be paid by the Chapter 13 Trustee to the extent provided for in the confirmed Chapter 13 plan. Thus, the grand total of all fees and costs approved thus far as follows: $1,000.00 retainer + $4,000.00 thru plan + $1,026.00 = $6,026.00.

By the Court

*Carlota M. Böhm* glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
11/10/22 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 22-20377-CMB
TERRY MANN                                                                                        Chapter 13
LAURA A. MANN
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                Page 1 of 2
Date Rcvd: Nov 10, 2022                Form ID: pdf900                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

**Recip ID           Recipient Name and Address**
db/jdb              + TERRY MANN, LAURA A. MANN, 2432 LINDEN DRIVE, ALLISON PARK, PA 15101-3454

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:

**Name                            Email Address**

Andrew M. Lubin
                              on behalf of Creditor LoanDepot.com LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com

Brian Nicholas
                              on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Jeffrey Hunt
                              on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
                              on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Marisa Myers Cohen
                              on behalf of Creditor LoanDepot.com LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 10, 2022 | Form ID: pdf900 | Total Noticed: 1 |

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Russell A. Burdelski

on behalf of Joint Debtor LAURA A. MANN Russ@BurdelskiLaw.com russ.burdelski@gmail.com

Russell A. Burdelski

on behalf of Debtor TERRY MANN Russ@BurdelskiLaw.com russ.burdelski@gmail.com

TOTAL: 9