**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/19/2026

IN RE:

TERRY MANN                                   Case No.22-20377 CMB
LAURA A. MANN
2432 LINDEN DRIVE                            Chapter 13
ALLISON PARK,  PA  15101
XXX-XX-4653          Debtor(s)

XXX-XX-9050

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/19/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

| SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 9454 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  OLD NAVY/PRAE | |

---

| WH BURKLEY LLP(*) | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

---

| JEFFREY R HUNT ESQ | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  PEOPLES/PRAE | |

---

| MCCABE FORMERLY MCCABE WEISBERG CON | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| ATTORNEYS AT LAW | Court Claim Number: | ACCOUNT NO.: |
| 1420 WALNUT ST STE 1105 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19102 | COMMENT:  LOANDEPOT/PRAE | |

---

| FORD MOTOR CREDIT CO LLC(*) | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  VEHICLE |
|---|---|---|
| PO BOX 650004 | Court Claim Number:5-2 | ACCOUNT NO.: 6293 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75265-0004 | COMMENT:  PMT/CL-PL*424.70x(60+2)=LMT*$0ARRS/PL-CL*AMD*COA-DOC 50 | |

---

| MIDFIRST BANK | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
|---|---|---|
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:10 | ACCOUNT NO.: 7940 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| OKLAHOMA, OK  73118 | COMMENT:  PMT/DCLAR*924.48/CL-PL*DKT4PMT-LMT*BGN 4/22*FR LOANDEPOT-D 25*FR LOAN | |

---

| COMENITY BANK++ | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.: 8845 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT:  NT ADR~ADS~LN BRYNT/SCH | |

---

| AFFIRM | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 650 CALIFORNIA ST | Court Claim Number: | ACCOUNT NO.:  1Y1W |
| | CLAIM:  0.00 | |
| SAN FRANCISCO, CA  94108 | COMMENT:  NT ADR/SCH | |

---

| AFTERPAY | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O AFTERPAY US SERVICES LLC | Court Claim Number:4-2 | ACCOUNT NO.: |
| PO BOX 660367 | | |
| MAIL CODE 5332 | CLAIM:  562.44 | |
| DALLAS, TX  75266-0367 | COMMENT:  7310/SCH*AMD | |

---

| AHN MCCANDLESS | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 361450 | Court Claim Number: | ACCOUNT NO.: 0239 |
| | CLAIM:  0.00 | |
| INDIANAPOLIS, IN  46236 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **AMERICOR** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 18200 VON KARMAN AVE 6TH FL | Court Claim Number: | ACCOUNT NO.:  8429 |
| | CLAIM:  0.00 | |
| IRVINE, CA  92612 | COMMENT: | |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:8 | ACCOUNT NO.:  8989 |
| | CLAIM:  497.70 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:7 | ACCOUNT NO.:  1424 |
| | CLAIM:  504.87 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |
| **LVNV FUNDING LLC** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:13 | ACCOUNT NO.:  9897 |
| PO BOX 10587 | | |
| | CLAIM:  298.32 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CREDIT ONE | |
| **DISCOVER BANK(*)** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | ACCOUNT NO.:  0901 |
| PO BOX 3025 | | |
| | CLAIM:  1,212.70 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:12 | ACCOUNT NO.:  4647 |
| | CLAIM:  527.94 | |
| NORFOLK, VA  23541 | COMMENT:  CITIBANK/THD | |
| **LVNV FUNDING LLC** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:15 | ACCOUNT NO.:  3805 |
| PO BOX 10587 | | |
| | CLAIM:  1,247.78 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  STERLING/KAY JEWELERS | |
| **LUCIEN DIAGNOSTICS IMAGING** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1211 WILMINGTON AVE | Court Claim Number: | ACCOUNT NO.:  RADI |
| | CLAIM:  0.00 | |
| NEW CASTLE, PA  16105 | COMMENT:  NT ADR/SCH | |
| **OMEGA FCU** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15038 | Court Claim Number: | ACCOUNT NO.:  5358 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15237 | COMMENT:  NT ADR/SCH | |
| **ONE MAIN FINANCIAL GROUP LLC(*)** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number:6 | ACCOUNT NO.:  6898 |
| | CLAIM:  9,819.63 | |
| EVANSVILLE, IN  47731-3251 | COMMENT:  NO ACCT-JDGMNT/SCH*SIGNED@SEAL 6/11/20*DK | |

**CLAIM RECORDS**

| Creditor / Address | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT CONTROL SERVICE++**<br>PO BOX 607<br><br>NORWOOD, MA 02062 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~RB CORP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7318 |
| **SHALER HAMPTON EMS**<br>339 WETZEL RD<br><br>GLANSHAW, PA 15116 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8713 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:2-2<br><br>CLAIM: 965.73<br>COMMENT: SYNCHRONY/PAYPAL*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0748 |
| **TBOM RETAIL**<br>PO BOX 4499<br><br>BEAVERTON, OR 97076 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~ASPIRE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2241 |
| **TD BANK USA NA****<br>C/O WEINSTEIN & RILEY PS(*)<br>PO BOX 93024<br>LAS VEGAS, NV 89193-3024 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 296.27<br>COMMENT: TARGET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9241 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:3-2<br><br>CLAIM: 850.66<br>COMMENT: 1310/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9050 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 11,868.77<br>COMMENT: 1191/SCH*UPMC PASSAVANT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4653 |
| **UPMC PASSAVANT HOSPITAL**<br>9100 BABCOCK BLVD<br><br>PITTSBURGH, PA 15237 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6925 |
| **UPMC PASSAVANT HOSPITAL**<br>9100 BABCOCK BLVD<br><br>PITTSBURGH, PA 15237 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7572 |

**CLAIM RECORDS**

| UPMC HEALTH SERVICES | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number: | ACCOUNT NO.:  1224 |
| PO BOX 1123 | | |
| | CLAIM:  0.00 | |
| MINNEAPOLIS, MN  55440 | COMMENT: | |

| ADDED CREDITOR  FOR CALCULATION | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| OR NOT ENOUGH INFO/SCHED FOR | Court Claim Number: | ACCOUNT NO.: |
| ENTITY NAME OR NOT ENOUGH INFO | | |
| PER CLM FOR ADDRESS OR PLACEHOLDER | CLAIM:  0.00 | |
| RECORD | COMMENT:  REUSE | |

| MIDFIRST BANK | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
|---|---|---|
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:10 | ACCOUNT NO.:  7940 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  1,234.57 | |
| OKLAHOMA, OK  73118 | COMMENT:  $/CL-PL*THRU 3/22*FR LOANDEPOT-D 25*FR LOANDEPOT-D 31 | |

| DUQUESNE LIGHT COMPANY(*) | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| ATTN. LITIGATION COUNSEL | Court Claim Number:11 | ACCOUNT NO.:  2203 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  191.66 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |

| KML LAW GROUP PC* | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  MIDFIRST BANK/PRAE | |